EDKy 521 (Rev. 02/07) §2241 Petition

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

_Central_ DIVISION at _Lexington_

Eastern District of Kentucky
**F I L E D**

JAN 2 8 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

MARTIN CORNELIUS COX
Petitioner/Prisoner's Full Name

C/o 19396076
Inmate Number

Federal Medical Center
Place of Confinement

P.O. Box 14500
Address

Lexington, KY 40512

VS:

CASE NO. 5:20-CV-28-GFVT
(To be completed by Court)

Respondent (Person having custody of prisoner)

3301 Leestown Road
Address

Lexington, KY 40511

I.    **THIS PETITION CONCERNS:**  (check one)

_____ computation of sentence

__✓__ prison discipline decision

_____ a parole problem

_____ other: _____

_____ inadequacy of a §2255 motion

_____ jail/prison conditions

_____ immigration/removal from U.S.

Page 1 of 8

EDKy 521 (Rev. 02/07) §2241 Petition

## II.  GENERAL INFORMATION

A.  Nature of offense(s): _____

Name and location of Court of conviction: _____

_____

Case/Docket No. _____   Conviction Date _____

Convicted by (choose one):  _____ a jury; _____ a judge without a jury; or _____ guilty plea.

Length of sentence imposed: _____

Any other terms of sentence: _____

B.  Did you appeal the conviction or sentence?        YES (  )      NO (  )

If yes, court and address: _____

_____

Grounds: _____

_____

Result: _____

_____ Date: _____

C.  Have you challenged the conviction or sentence in any other proceeding?  YES (  ) NO (  )

If "yes," court and address: _____

_____

Nature of the challenge (motion, habeas, other) _____

Grounds: _____

_____

Result: _____

_____ Date: _____

Page 2 of 8

EDKy 521 (Rev. 02/07) §2241 Petition

      D.     Have you challenged the sentence in any additional proceeding?   YES (   )      NO (   )

             If "yes," court and address:_____

             _____

             Nature of the challenge (motion , habeas, other)_____

             Grounds: _____

             _____

             Result: _____

             _____Date: _____


**III.**    **INFORMATION ON CURRENT CLAIM(S)** (Choose only one:  Answer questions in either A *or* B below)

    A.     If you are a federal prisoner challenging your conviction or sentence and claim that your remedy by a §2255 motion is inadequate or ineffective for such a challenge, answer the following:

         1. Have you filed a motion under 28 U.S.C. §2255?       Yes (   )   No (   )

         2. If you answered, "Yes," please provide the case number, where the motion was filed, and the result: _____

                _____

                _____

         3. Explain why the remedy under §2255 is inadequate or ineffective:

                _____

                _____

                _____

                _____

EDKy 521 (Rev. 02/07) §2241 Petition

B.    If you are NOT claiming that your remedy by §2255 motion is inadequate or ineffective, then you must answer the following:

    1.    <u>Briefly</u> describe the decision or action which you are challenging herein:

_____

_____

_____

_____

    2.    Who made the decision?_____ Date: _____

    3.    Was there a hearing of any kind?    YES ( )      NO ( )

        If your answer is "Yes," then describe each hearing as follows:

        First hearing conducted by: _____

        Location: _____ Date: _____

        Result: _____

        _____

        If there was another hearing, it was conducted by:_____

        Location: _____ Date: _____

        Result: _____

        _____

## IV.    CURRENT GROUNDS FOR RELIEF

State <u>concisely</u> every ground on which you claim that you are being held in violation of the Constitution, laws or treaties of the United States. Then summarize <u>briefly</u> the <u>facts</u> supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same. It is not necessary to cite cases or law in this petition. If you wish to cite cases or law you should do so in a separate memorandum or brief.

**Caution**: If you fail to set forth all the grounds in this application, you may be barred from presenting additional grounds at a later date.

EDKy 521 (Rev. 02/07) §2241 Petition

A.    Ground one:

       1. State the basis of your claim: _____

       _____

       2. Supporting FACTS (tell your story briefly without citing cases or law):

       _____

       _____

       _____

       _____

       _____

       _____

B.    Ground two:

       1. State the basis of your claim: _____

       _____

       2. Supporting FACTS (tell your story briefly without citing cases or law):

       _____

       _____

       _____

       _____

       _____

       _____

If you have more than 2 grounds for relief, you may attach extra sheets. For each ground which you claim, be sure to provide the same information as in the questions 1 and 2 above.

EDKy 521 (Rev. 02/07) §2241 Petition

## V.   ADMINISTRATIVE REMEDY PROCEDURES.

If you are a federal prisoner challenging your conviction or sentence, you do not need to exhaust administrative remedies and you may skip to Section VI. For all other petitioners, in order to proceed in federal court, you must first exhaust your administrative remedies on each ground or claim you are bringing in this case. **To show if you exhausted, circle A, B, or C, and if you circle B or C, also answer the questions below B or C.**

A. Attach copies of the administrative grievances or appeals which you filed and the decision(s) received about each of the claims you are bringing in this case.

### OR

B. If you do not have copies, but did exhaust the administrative procedures, then answer No. 1 or No. 2 below:

1. If your claim concerns a PAROLE matter, did you appeal the decision?
        YES (   )    NO (   )

If your answer is "Yes," answer the following:

Grounds raised: _____

_____

Results:_____

_____ Date: _____

2. If your claim concerns something OTHER than parole and you exhausted the administrative remedy process, answer either (a) or (b) below.

_____(a) If you are a federal prisoner and you exhausted the BOP's administrative remedies, check which steps in the administrative remedy procedures which you completed:
        ____ an informal request;
        ____ appeal to the warden;
        ____ appeal to the appropriate Regional Director;
        ____ appeal to the BOP's Office of General Counsel.

_____(b) If you are a prisoner in the custody of the state or local authorities and you exhausted your administrative remedies, answer the following:

EDKy 521 (Rev. 02/07) §2241 Petition

** Describe the grievance or appeal process:

_____

_____

_____

_____

and ** Explain in detail what you did to complete that process
(include dates on which each step was taken; the name and job
title for each person who responded; and the response you
received at each step):

_____

_____

_____

_____

_____

_____

**OR**

C. If you did not exhaust the available administrative remedy process, explain why:

This complaint will respectfully show my repeated attepts
to access the administrative remedy process to exhaust
administrative remedies and the resulting violations of
due process of the United States Constitution. (Please
see Attacments 1-8)

EDKy 521 (Rev. 02/07) §2241 Petition

## VI.   PREVIOUS LITIGATION

Have you filed any previous lawsuits related to your present claim(s)?    YES ( X )    NO ( )

If your answer is Yes," then answer the following:

Name and location of Court: U.S. District Court, Eastern Division, 101

Barr Street, Lexinton, KY, And Appeals Court For the 6th Circuit.

Case Number: 5:19-cv-00328-DCR& 19-5966        Filing Date: 8-14-19 & 8-29-19

Nature of suit:  Freedom Of Information Act 5 U.S.C. 552

Grounds for Relief: I am entitled to the requested relief pursuant to

5 U.S.C. 552

Result: Still pending in the Appeals Court

_____Date: _____

## VII.   REQUEST FOR RELIEF AND VERIFICATION

Wherefore, Petitioner prays that the Court grant him the following relief:

Issue a judgment that plaintiffs due process was violated and order
the return of loss of good conduct time and grant such other relief
as it may appear that plaintiff is entitled to. Alternative: issue
a judgment that plaintiff's property be returned or it's equivalent.

I declare under penalty of perjury that the foregoing is true and correct.

_____        January 23, 2020
Signature of Petitioner                          Date Signed